■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRIS T. WILSON, Appellant. [899 NYS2d 722]—Appeal from a judgment of the Supreme Court, Monroe County (Francis A. Affronti, J.), rendered April 4, 2007. The judgment convicted defendant, upon his plea of guilty, of attempted assault in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Scudder, P.J., Smith, Peradotto, Lindley and Sconiers, JJ.